IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD TREVINO, | 1:07-cv-00169-LJO-DLB (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF COURT'S FEBRUARY 27, 2008, ORDER ON RICHARD DARINGTON PFEIFFER, I, AND GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| KATHY MENDOZA-POWERS, | |
| Respondent. | |
| | (DOCUMENT #13) |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On February 1, 2008, Petitioner filed a motion to dismiss his attorney of record, Richard Darington Pfeiffer, I. (Court Doc. 11.) On February 27, 2008, the Court granted Petitioner's motion to dismiss his attorney of record, directed Mr. Pfeiffer to return Petitioner's case file to him, and granted Petitioner sixty days to file a traverse. (Court Doc. 12.) However, a review of the docket indicates that Mr. Pfeiffer was inadvertently not served with a copy of the Court's February 27, 2008, order.

On March 28, 2008, petitioner filed a motion for enlargement of time to file a traverse.  In

his motion, Petitioner indicates that Mr. Pfeiffer has not returned a copy of his file to him. (Court Doc. 13.) Although the deadline has not yet expired for the filing of Petitioner's traverse has not expired, in light of the fact that Mr. Pfeiffer was not served with a copy of the Court's order terminating him from the counsel and Petitioner has not yet received a copy of his file, the Court will extend the deadline for filing a traverse.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of the Court's February 27, 2008, order on Richard Darington Pfeiffer, I, at highenergylaw@aol.com; and,

2. Petitioner is granted sixty (60) days from the date of service of this order to file a traverse.

IT IS SO ORDERED.

    Dated:  **April 11, 2008**                        **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE