IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD TREVINO, | 1:07-cv-00169-LJO-DLB (HC) |
|     Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME AND MOTION FOR SANCTIONS AS MOOT |
|     vs. | |
| KATHY MENDOZA-POWERS, | [Docs. 18, 19] |
|     Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 25, 2008, Petitioner filed a motion to extend time to file a traverse, along with a motion for sanctions against his former attorney. (Court Docs. 18, 19.)

Inasmuch as Petitioner filed his traverse, along with exhibits in support thereof, Petitioner's motion for an extension of time is now MOOT, and shall be disregarded on that basis. (Court Doc. 19.)  For these same reasons, it appears that Petitioner's motion for sanctions is likewise moot.  Because Petitioner has received access to all the documents to which he was apparently seeking from former counsel, his motion for sanctions is MOOT, and shall be disregarded on that ground. (Court Doc. 18.)

Based on the foregoing, it is HEREBY ORDERED that:

1.     Petitioner's motion for an extension of time to file a traverse is disregarded as MOOT; and,

///

2.   Petitioner's motion for sanctions against his former attorney is also disregarded as MOOT.

IT IS SO ORDERED.

Dated:   **July 30, 2008**                              /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE