# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD TREVINO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CV F 07-00169 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ALL EXHIBITS ATTACHED TO PETITIONER'S STATE COURT PETITION ATTACHED AS EXHIBIT 3 TO ANSWER TO PETITION<br><br>[Doc. 8] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　This case is ready for review on the merits.  The Court finds that it is necessary for Respondent to submit all referenced exhibits attached to Petitioner's state court petition, presented to this Court as Exhibit 3 to Answer.  (Court Doc. 8.)  Accordingly, it is HEREBY ORDERED that within ten (10) days from the date of service of this order, Respondent shall submit all exhibits attached to Petitioner's state court petition submitted to the state superior court.

　　 IT IS SO ORDERED.

　　 Dated:   December 10, 2009　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE